IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| TODD A. VICKERY, | ) |
| Plaintiff, | ) |
| | ) No. 05 CV 2273 |
| v. | ) |
| | ) Chief Judge Michael P. McCuskey |
| TIMOTHY F. BUKOWSKI, ET AL. | ) Magistrate Judge David G. Bernthal |
| Defendants. | ) |

### AGREED STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Rule 41 of the Federal Rules of Civil Procedure, who stipulate to the dismissal of this case with prejudice, with each party bearing responsibility for its own costs and any and all attorney's fees.

DATED: February 1, 2007

**s/ Todd A. Vickery**
Todd A. Vickery - B39276
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274
*Pro Se*

**s/ Michael W. Condon**
MICHAEL W. CONDON
Atty No.: 06192071
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143
Ph:   630-773-4774
Fax:  630-773-4851
mcondon@hcbattorneys.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| TODD A. VICKERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05 CV 2273 |
| v. | ) | |
| | ) | Chief Judge Michael P. McCuskey |
| TIMOTHY F. BUKOWSKI, ET AL. | ) | Magistrate Judge David G. Bernthal |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, my office served *Agreed Stipulation to Dismiss* by certified mailing a copy to the following non CM/ECF participant:

**TO:** Todd A. Vickery - B39276
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274
***Pro Se***

by depositing same in the U.S. Mail at 333 Pierce Road, Itasca, Illinois on February 1, 2007, by 5:00 p.m., with the proper postage prepaid.

This certificate of service was electronically filed with the Clerk of the Court on February 1, 2007, using the CM/ECF system which will send notification of such filing to any CM/ECF participants.

s/ Michael W. Condon
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com
