4-12-07 E-FILED
Tuesday, 17 April, 2007  03:22:10 PM
Clerk, U.S. District Court, ILCD

In the United States Court
RE: Case 05-cv-2273 or 06-cv-2273
Todd Vickery -vs- Timothy Bukowski, et AL

Dear Sir., Clerk of Court

**FILED**
APR 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

I am writeing you this letter due to the plantiff and defendants haveing come upon a agreed upon stipulation and the defendants not full filling there part of it. The defendants nor there lawyer can find the supposed check that was mailed to me, in the amount of $5,000.00. They fail to respond, but yet my case was already dismissed in Febuary 07, in the Central District court. I am incarcerted which is makeing it more then impossible to contact them. Do I re-file the case, or put motion to reopen case. I am Pro-Se in the matter.
Please send me 6 Subpeonas..

The Lawyers Hervas, Condon, & Bersani, P.C.
Attorneys At Law
333 Pierce Rd
Suite 195
Itasca Illinois

(over)

I am now being housed in Statesville Correctional center

Todd Vickery B-39276
Statesville C.C.
P.O. Box 112
Joliet Illinois
60434

FILED
2007
[court clerk stamp]